UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Maurice L. Whyte, II,

    Plaintiff,

    v.

Franklin County Sheriff's Office, et al.,

    Defendants.

Case No. 2:24-cv-300

Judge Michael H. Watson

Magistrate Judge Bowman

## ORDER

On March 18, 2024, Magistrate Judge Bowman issued a Report and Recommendation ("R&R") after performing an initial screen of this prisoner civil rights case pursuant to 28 U.S.C. § 1915A. R&R, ECF No. 7. The R&R recommended permitting Plaintiff's claims against Deputy Reager, Sergeant Frazier, and Deputy Kirkpatrick to proceed but dismissing Plaintiff's remaining claims. *See generally, id.* The R&R notified Plaintiff of her right to object to the recommendations made therein and warned that a failure to object would waive appellate rights. *Id.* at 8.

The deadline for objecting has passed, and Plaintiff did not object. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Franklin County Sheriff's Office and Sergeant Clyburn. The Clerk shall terminate those parties as defendants. Plaintiff's claims against Deputy Reager, Sergeant Frazier, and Deputy Kirkpatrick shall proceed.

IT IS SO ORDERED.

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT